```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 08893
    JENNIFER ROBINSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9226


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 04/11/2008 and was not confirmed.

      The case was dismissed without confirmation 07/16/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T   NOTICE ONLY     NOT FILED            .00          .00
DEUTSCHE BANK NATIONAL T   CURRENT MORTG         .00            .00          .00
DEUTSCHE BANK NATIONAL T   MORTGAGE ARRE         .00            .00          .00
CRS HOLDING                CURRENT MORTG         .00            .00          .00
CRS HOLDING                MORTGAGE ARRE    18350.90            .00          .00
OCWEN FEDERAL BANK         CURRENT MORTG         .00            .00          .00
OCWEN FEDERAL BANK         MORTGAGE ARRE    14400.00            .00          .00
DARIAN JOHPLIN             NOTICE ONLY     NOT FILED            .00          .00
SEYMORE WILSON             NOTICE ONLY     NOT FILED            .00          .00
TERRY WALKER               NOTICE ONLY     NOT FILED            .00          .00
TORRENCE WEST              NOTICE ONLY     NOT FILED            .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         340.42             .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         219.47             .00          .00
DEUTSCHE BANK NATIONAL T   NOTICE ONLY     NOT FILED            .00          .00
NORTHERN INDIANA PUBLIC    UNSECURED         569.99             .00          .00
ASSET ACCEPTANCE LLC       UNSECURED         791.45             .00          .00
LVNV FUNDING               UNSECURED         576.44             .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         245.30             .00          .00
CITIBANK USA NA            UNSECURED        3437.81             .00          .00
GE MONEY BANK              UNSECURED         212.75             .00          .00
GE MONEY BANK              UNSECURED          53.26             .00          .00
GE MONEY/LOWE'S CONSUMER   UNSECURED         900.65             .00          .00
NICOLE G LAWSON            DEBTOR ATTY           .00                         .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                         850.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     850.00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08893 JENNIFER ROBINSON
```

```
ADMINISTRATIVE                                                           .00
TRUSTEE COMPENSATION                                                     .00
DEBTOR REFUND                                                         850.00
                                        ---------------      ---------------
TOTALS                                           850.00               850.00
```

　　Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


　　　　　　　　　　　　　　　　　　　　　　/s/ Tom Vaughn
　　Dated: 10/29/08                  _____
　　　　　　　　　　　　　　　　　　　　　　TOM VAUGHN
　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE